UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MYRON REYES,<br><br>   Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>   Defendants. | No. 2:15-cv-0140 KJN P<br><br><br>ORDER |

  Plaintiff is a state prisoner, proceeding without counsel. On March 16, 2015, plaintiff filed a request for court order allowing plaintiff to make copies. On March 23, 2015, plaintiff filed a second request for court order allowing plaintiff to make copies, which plaintiff signed less than one week after his initial request was signed. The order addressing plaintiff's initial request issued on March 19, 2015. (ECF No. 22.) Thus, plaintiff's second request is denied.

  Moreover, the record reflects that since plaintiff filed this action on January 16, 2015, he has filed thirteen documents, some of which were duplicates, and some of which contain exhibits that were not requested by the court and were unnecessary. Thus, aside from the initial complaint and request to proceed in forma pauperis, plaintiff has filed an additional thirteen documents in just under two months.

////

1     Plaintiff is hereby formally cautioned that a litigant proceeding in forma pauperis may
2 suffer restricted access to the court where it is determined that he has filed excessive motions in a
3 pending action. DeLong v. Hennessey, 912 F.2d 1144 (9th Cir. 1990); see also Tripati v.
4 Beaman, 878 F2d 351, 352 (10th Cir. 1989). Plaintiff is cautioned that this court views the
5 number of documents filed to date as excessive and that consideration will be given to restricted
6 court access if plaintiff does not exercise appropriate restraint henceforth.
7     Pursuant to the March 12, 2015 order, plaintiff's amended complaint is due April 13,
8 2015. In an abundance of caution, plaintiff is granted until April 30, 2015, in which to file his
9 amended complaint that complies with the orders filed March 12 and 19, 2015.
10     IT IS HEREBY ORDERED that:
11     1. Plaintiff's second request (ECF No. 23) is denied, and plaintiff is admonished to
12 exercise restraint in filing documents from this point forward; and
13     2. Plaintiff's amended complaint shall be filed on or before April 30, 2015.
14 Failure to comply with this order may result in the dismissal of this action, or an order restricting
15 plaintiff's filings in this action.
16 Dated: March 30, 2015

/reye0140.warn

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2